UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**FILED**

APR 1 0 2017

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

Felicia Dawn Hihh Plaintiff(s)

vs.

Unispec Enterprises Defendant(s)

CIV 17 - 408 M

CASE NO._____

**COMPLAINT**

Please see attached complaint.

NOTE: *Your signature, address and phone number must appear at the end of each pleading.*

DATE: April 10, 2017

TO: The United District Court for the
Western District of Oklahoma Federal Courthouse
Court Clerk
200 NW 4th Street
Oklahoma City, OK 73102


FROM: Felicia D. Hill
        1800 N.E. 54th Street
        Oklahoma City, OK 73111
        Cell   (405) 431-5850
        Home (405) 427-3471
        Email feliciahill17@yahoo.com


SUBJECT: Request for Support in Job Discrimination Case

I wish to timely and properly file a discrimination complaint, based on race (African-American) in which I was slandered then Wrongfully Termination by my employer, Unispec Enterprises (corporate address: 80 M Street SE, St 715, Washington, DC 20003). I learned of how I was victimized by discrimination in September 2016. Specifically, I am an African American woman, working at a job site in Oklahoma City, who was unfairly removed from my job in order to allow a white female to replace me. I ask for your assistance in resolving this matter.

I believe that my case can be resolved via mediation where I could show my evidence and discuss settlement options in a neutral setting. I am asking that your office establish a forum for that mediation session. I hereby volunteer to participate. Could your office please solicit for mediation interest with my former employer? If not, I request your help in obtaining local, legal assistance to file in court, especially since my resources are very limited.
Based on my research of the OHRC mission/process, I am hopeful that your office can facilitate a resolution to this injustice.
Please help me.
I thank you for your time.


Sincerely,


Felicia D. Hill
*Felicia Dawn Hill*