IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FELICIA D. HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-408-M |
| UNISPEC ENTERPRISES, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Felicia D. Hill hereby dismisses with prejudice the above-captioned matter filed against the Defendant, Unispec Enterprises, Inc. Each party is to bear their own attorneys' fees and costs.

Dated this ___8th___ day of June, 2017.

Respectfully submitted,

_/s/ Felicia Dawn Hill_
Felicia Dawn Hill

1800 N.E. 54th Street
Oklahoma City, OK 73111
Feliciahill17@yahoo.com

*Pro Se Plaintiff*

_/s/ Mary P. Snyder_
Tanya S. Bryant, OBA #20170
Mary P. Snyder, OBA #31427
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
tanya.bryant@crowedunlevy.com
mary.snyder@crowedunlevy.com

ATTORNEYS FOR UNISPEC
ENTERPRISES, INC.